# EXHIBIT A

# Exhibit A

## Infringement Claim Chart — U.S. Patent No. 8,230,497

Method of Identifying Software Vulnerabilities on a Computer System

**Aikido System**

| Claim 1 | Aikido System Mapping |
| --- | --- |
| **1[pre]: "A computer program stored on a non-transitory computer usable medium, the computer program comprising computer-readable instructions arranged to operate under the control of a processing means so as to identify a software vulnerability on a computer system, the computer program performing the steps of:"** | To the extent the preamble is limiting, the Aikido System[1] meets the requirement "A computer program stored on a non-transitory computer usable medium, the computer program comprising computer-readable instructions arranged to operate under the control of a processing means so as to identify a software vulnerability on a computer system" literally or under the doctrine of equivalents.<br><br>The Aikido System executes coordinated software agents through its Pentest service. *See* Pentest Overview, What is Aikido Pentest; How it works, https://help.aikido.dev/pentests/aikido-pentest. "Aikido Pentest performs a full penetration testing workflow using intelligent agent coordination." *Id.*<br><br>The agents operate through application tools (software stored on a non-transitory computer usable medium and executing on processor structure), including a Hypertext Transfer Protocol (HTTP) client: "They use a browser, a terminal |

1 As used in this chart, "Aikido System" refers to Aikido Security Pentest and Infinite/Continuous Pentesting, AutoFix, and AutoShip, together with connected repositories, GitHub applications, deployment pipelines, and customer environments, individually or in combination as configured to perform the functionality described in this chart.

| Claim 1 | Aikido System Mapping |
|---|---|
| | environment, and an HTTP client." *See* AI Pentesting in Action: A TL;DV Recap of Our Live Demo, What is AI pentesting inside Aikido?, https://www.aikido.dev/blog/ai-pentesting-demo. Connected source repositories, uploaded assessment context and retained attack resources support repeat assessments and continuous testing. *See* Leveraging Code and Documentation, Repositories; Upload Data, https://help.aikido.dev/pentests/configure-a-pentest/leveraging-code-and-documentation.<br><br>*See* analysis for elements 1[a] through 1[d]. |
| **1[a]: "selecting one or more computer systems to be scanned for a software vulnerability;"** | The Aikido System meets the requirement "selecting one or more computer systems to be scanned for a software vulnerability" literally or under the doctrine of equivalents.<br><br>The Aikido System dispatches autonomous agents (software instructions executed by a processor) to discover application surfaces, attempt attacks, validate findings and produce assessment reports. *See* Pentest Overview, How it works, https://help.aikido.dev/pentests/aikido-pentest. "Instead of just poking at endpoints from the outside, the system analyzes the actual source code to understand how the application processes data." *See* Leveraging Code and Documentation, Repositories, https://help.aikido.dev/pentests/configure-a-pentest/leveraging-code-and-documentation.<br><br>An assessment scope selects the primary application domain, subdomains or environments, and connected systems belonging to the application. *See* Scope of Assessment, What to include in the Scope, https://help.aikido.dev/pentests/configure-a-pentest/scope-of-assessment. "Only the targets listed in the scope are scanned." *Id.* Ownership verification is required |

| Claim 1 | Aikido System Mapping |
|---|---|
| | for every in-scope domain, and target ownership or organizational control is required. *Id.*<br><br>Continuous Pentesting uses a completed full assessment with connected repositories, selects configured repository branches, and compares their latest commits with the last tested baseline before starting a targeted continuous assessment. *See* Continuous Pentesting, Prerequisites; Configure the Frequency; How it works, https://help.aikido.dev/pentests/continuous-pentesting. The selection context is retained across cycles: "It uses your last full assessment as the base configuration. It then runs smaller, targeted follow-up tests as your code evolves." *Id.*<br><br>The scope of assessment specifies which application targets the agents are authorized to test. *See* Scope of Assessment, What is Scope, https://help.aikido.dev/pentests/configure-a-pentest/scope-of-assessment. The connected repository provides source code that helps the agents understand how the application works. *See* Leveraging Code and Documentation, Repositories; Upload Data, https://help.aikido.dev/pentests/configure-a-pentest/leveraging-code-and-documentation. The agents use source code to understand how the application works and prior test reports to guide further testing. *Id.* |
| **1[b]: "applying an interrogation program to software stored on the computer system, the interrogation program being capable of exploiting a known software vulnerability if it is present in the software to which the interrogation program is applied; and"** | The Aikido System meets the requirement "applying an interrogation program to software stored on the computer system, the interrogation program being capable of exploiting a known software vulnerability if it is present in the software to which the interrogation program is applied" literally or under the doctrine of equivalents.<br><br>The agents use a browser, terminal, and HTTP client to attempt attacks against the |

| Claim 1 | Aikido System Mapping |
|---|---|
| | target software by sending requests to its endpoints and interacting with its interfaces. *See* AI Pentesting in Action: A TL;DV Recap of Our Live Demo, What is AI pentesting inside Aikido?; TL;DV, https://www.aikido.dev/blog/ai-pentesting-demo. The attack-and-validation sequence is directed to the live target: "Findings are only reported after they are successfully exploited and confirmed against the live target." *See* Aikido Infinite, How does Aikido prevent false positives?, https://www.aikido.dev/attack/infinite.<br><br>"Each retest launches new agents to attempt the exploit again and ensure the fix holds." *See* AI Pentesting in Action: A TL;DV Recap of Our Live Demo, How does retesting work?, https://www.aikido.dev/blog/ai-pentesting-demo. If the agents can reproduce the vulnerability, the finding remains open, is labeled "Not Fixed," and includes updated instructions for fixing it. If they cannot reproduce it, the finding is marked "Solved." *See* Retesting Findings, Monitor the result, https://help.aikido.dev/pentests/coverage-and-findings/retest-pentest-findings.<br><br>Historical assessments can also guide new testing. For instance, previously generated pentest reports can supply past-fix regression context and variants of previously identified bugs. *See* Leveraging Code and Documentation, Upload Data, https://help.aikido.dev/pentests/configure-a-pentest/leveraging-code-and-documentation. |
| **1[c]: "in the event that the software vulnerability is exploited by the interrogation program, operating the interrogation program to generate a set of management information from which can** | The Aikido System meets the requirement "in the event that the software vulnerability is exploited by the interrogation program, operating the interrogation program to generate a set of management information from which can be derived at least an identification of the computer system on which the software vulnerability was exploited, the computer program being capable of sending the |

| Claim 1 | Aikido System Mapping |
| --- | --- |
| **be derived at least an identification of the computer system on which the software vulnerability was exploited, the computer program being capable of sending the generated set of management information over a computer network,"** | generated set of management information over a computer network" literally or under the doctrine of equivalents.<br><br>The Aikido System conditions reported findings on live exploitation and confirmation: "Findings are only reported after they are successfully exploited and confirmed against the live target." *See* Aikido Infinite, How does Aikido prevent false positives?, https://www.aikido.dev/attack/infinite. "If an attack attempt cannot be validated, it is discarded and never shown in the results." *Id.*<br><br>The coordinated testing workflow uses additional agents for validation, records attack type, severity, applicable vulnerability references and example request/response data, and then produces the report. *See* Pentest Overview, Validation; Report, https://help.aikido.dev/pentests/aikido-pentest. The execution interface exposes request logs, screenshots, full traces and reproduction steps for confirmed findings. *See* AI Pentesting in Action: A TL;DV Recap of Our Live Demo, TL;DV, https://www.aikido.dev/blog/ai-pentesting-demo.<br><br>A Detailed Auditor Report contains the assessment findings, technical evidence, and a remediation log. *See* Pentest Reports, Report types, https://help.aikido.dev/pentests/coverage-and-findings/pentest-reports. "Aikido creates a downloadable PDF report using the selected level of detail." *Id.* The publicly retrievable sample illustrates the resulting host-identifying report artifact. *See* Aikido Pentest Sample Report, pp. 3, 8–9, https://26076760.fs1.hubspotusercontent-eu1.net/hubfs/26076760/Aikido%20Pentest%20Sample%20Report.pdf. |
| **1[d]: "wherein the interrogation program is further arranged to remediate the known** | The Aikido System meets the requirement "wherein the interrogation program is further arranged to remediate the known software vulnerability in response to it |

| Claim 1 | Aikido System Mapping |
|---|---|
| **software vulnerability in response to it being identified."** | being identified" literally or under the doctrine of equivalents.<br><br>The Aikido System connects pentest identification to code repair: "AutoFix is also wired into Aikido's AI pentesting." *See* AutoFix Overview, Pentest findings, https://help.aikido.dev/autofix-and-remediation/overview-aikido-autofix. "When a pentest identifies an issue, Aikido generates a detailed root-cause analysis that spans code, containers, and cloud configuration." *Id.* "AutoFix can then use this analysis to synthesize a code fix that addresses the underlying defect rather than just the observed symptom." *Id.* This code fix is a remediation of a known software vulnerability. *Id.*<br><br>AutoShip tests and deploys code fixes created by AutoFix. *See* AutoShip Overview, https://help.aikido.dev/autoship/autoship-overview. AutoShip deploys those changes to a test environment and checks whether the application works with the changes. *Id.*<br><br>If so, AutoShip can deploy the changes, depending on the customer's configuration. *Id.* AutoShip monitors the deployed changes and rolls them back if it detects a regression. *Id.* |